# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT JONES, | Case No.: 2:24-cv-00171-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Defendants | |

Plaintiff Brett Jones is an inmate currently housed at High Desert State Prison (HDSP), a facility of the Nevada Department of Corrections (NDOC). I screened Jones's complaint (ECF No. 4), where he sued various NDOC employees under 42 U.S.C. § 1983, claiming, in part, that he has been exposed to secondhand smoke from illicit drugs and does not have regular access to showers.

Jones moves for temporary and preliminary injunctive relief, requesting that I hold a hearing on the NDOC policies that continue to expose him to secondhand smoke, limit his shower use, and keep him in lock down. ECF No. 7 at 3–5. Importantly, however, the Inmate Early Mediation for this case will occur on September 27, 2024, which will not allow time for a proper briefing of Jones's motion before the mediation. In the event of an unsuccessful mediation, I will order a briefing schedule ordering the Attorney General's Office to respond to the motion for temporary restraining order. Therefore, I defer ruling on Jones's motion (ECF No. 7) and will enter a separate briefing order after the mediation if it is unsuccessful.

Dated: September 19, 2024

_____
U.S. District Judge