UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BRETT JONES, | Case No.: 2:24-cv-00171-APG-DJA |
|---|---|
| Plaintiff | **Order** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Defendants | |

I ORDER that the defendants' responses to the pending motions for injunctive relief (ECF Nos. 7, 11) are due by December 31, 2024.

DATED this 17th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE