UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brett Jones,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>William Gittere, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00171-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff Brett Jones' motion identifying unserved Defendant "Hernandez." (ECF No. 14). No party responded to the motion constituting their consent to the Court granting it under Local Rule 7-2(d). Plaintiff filed his motion a few days after receiving notice from the Office of the Attorney General ("OAG") accepting service for certain Defendants, but explaining that "OAG is unable to identify 'Hernandez' and without further information from Plaintiff, OAG cannot positively identify the individual Plaintiff intends to sue." (ECF No. 13). In his motion, Plaintiff provides certain additional information about Hernandez, including where he worked and when. (ECF No. 14). Because Plaintiff has followed the Court's order allowing him to file a motion identifying unserved defendants (ECF No. 10), the Court will grant Plaintiff's motion and order that the OAG attempt to identify Hernandez using the additional information provided. Because the service deadline has passed, the Court also *sua sponte* extends it under Federal Rule of Civil Procedure 4(m) by ninety days from the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motion identifying unserved Defendant "Hernandez" (ECF No. 14) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff must accomplish service on or before **April 3, 2025.** *See* Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to electronically **SERVE** a copy of this order; a copy of Plaintiff's motion (ECF No. 14); and a copy of Plaintiff's complaint (ECF No. 4) on the Office of the Attorney General of the State of Nevada. This does not indicate acceptance of service.

**IT IS FURTHER ORDERED** that on or before **January 24, 2025,** the OAG shall file a notice advising the Court and Plaintiff whether it has accepted service for Hernandez and whether it can identify Hernandez. If it can identify Hernandez, but does not accept service for him, the OAG shall file Hernandez's last known address under seal and shall indicate in its notice that it has filed Hernandez's last known address under seal. If the last known address is a post office box, the OAG shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that if service cannot be accepted for Hernandez, Plaintiff shall file a motion identifying Hernandez, requesting issuance of summons, and specifying a full name and address for him. If the OAG has not provided last-known-address information, Plaintiff shall provide the full name and address for Hernandez.

**IT IS FURTHER ORDERED** that if the OAG accepts service for Hernandez, Hernandez shall file and serve an answer or other response to the complaint (ECF No. 4) on or before **March 4, 2025.**

DATED: January 3, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE