# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRETT JONES,

    Plaintiff

v.

WILLIAM GITTERE, et al.,

    Defendants

Case No.: 2:24-cv-00171-APG-DJA

**Order Granting Motion to Extend Time**

[ECF No. 30]

    I ORDER that plaintiff Brett Jones' motion to extend time **(ECF N0. 30) is GRANTED**. Jones' reply in support of his motion for preliminary injunction is due by February 4, 2025.

    DATED this 22nd day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE